UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

WILLIAM DAVIDSON,
                          Plaintiff,
     vs                                                          8:10-CV-1397

ADVISORY OF CIVIL(THE COURT) N.Y.C.
TO CAUSE PREJUDICE,
                          Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

WILLIAM DAVIDSON
Plaintiff, Pro Se
# 1601
11 Park Place
C/O H.Van R. Es
New York City, NY 10007

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff, William Davidson, commenced this civil rights action in November 2010, pursuant to 42 U.S.C. § 1983.  By Order dated January 6, 2011, plaintiff was afforded the opportunity to submit an amended complaint.  The plaintiff has now submitted a purported amended complaint (Docket No. 6) which is rambling and incoherent.  The Honorable Randolph F. Treece, United States Magistrate Judge, has filed a second Report-Recommendation and Order dated January 21, 2011, wherein he recommends that the action be dismissed due to plaintiff's failure to state a claim or to comply with Fed. R. Civ. P 8 and 10.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The amended complaint is DISMISSED;

2. The action is DISMISSED in its entirety; and

3. The Clerk is directed to serve the plaintiff with a copy of this order and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: May 9, 2011
       Utica, New York.